IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

   v.                                    NO. CIV. S-06-0367 GGH

MELVIN J. OLSEN, et al.,
JOHN METZLER,

        Defendant.         <u>ORDER</u>

_____/

        The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge). The parties have requested referral to the court's Voluntary Dispute Resolution Program.

        Accordingly, IT IS ORDERED that:

        1. This case is referred to the Voluntary Dispute Resolution Program; and

        2. The parties are directed to inform the court, within ten days after completion of the Voluntary Dispute Resolution Program, whether the program successfully resolved the case.

\\\\\

\\\\\

\\\\\

1

1  The court will not further schedule this case unless the parties advise that the Voluntary Dispute
2  Resolution Program was not successful.
3  DATED: 8/29/06                               /s/ Gregory G. Hollows

                                               _____
4                                              GREGORY G. HOLLOWS
                                               U. S. MAGISTRATE JUDGE
5  GGH/055:Johnson0367.vdrp.wpd